1  BINGHAM MCCUTCHEN LLP
   Brian C. Rocca (SBN 221576)
2  brian.rocca@bingham.com
   Sujal J. Shah (SBN 215230)
3  sujal.shah@bingham.com
   Three Embarcadero Center
4  San Francisco, CA 94111-4067
   Telephone: 415.393.2000
5  Facsimile: 415.393.2286

6  WILLIAMS & CONNOLLY LLP
   John E. Schmidtlein (SBN 163520)
7  jschmidtlein@wc.com
   725 12th St NW
8  Washington DC 20005-3901
   Telephone: 202.434.5901
9  Facsimile: 202.434.5029

10 Attorneys for Defendant
   Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY FEITELSON, a Kentucky resident, and DANIEL MCKEE, an Iowa resident, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | No. 5:14-cv-02007 BLF<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:   Hon. Beth Labson Freeman<br>Dept.    Courtroom 3, 5th Floor |

CASE NO. 5:14-CV-02007 BLF

NOTICE OF APPEARANCE

A/76183076.1

1  CERTIFICATION TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Brian C. Rocca of Bingham McCutchen LLP hereby

3  appears as counsel of record for Defendant Google Inc. in this matter. Please serve all papers in

4  this action on existing counsel of record and on:

> Brian C. Rocca
> Bingham McCutchen LLP
> Three Embarcadero Center
> San Francisco, CA  94111-4067
> Telephone: 415.393.2000
> Facsimile: 415.393.2286
> Email: brian.rocca@bingham.com

DATED:  May 20, 2014

BINGHAM MCCUTCHEN LLP

By:    /s/ Brian C. Rocca
    Brian C. Rocca
    brian.rocca@bingham.com
    Attorneys for Defendant
    Google Inc.