1   BINGHAM MCCUTCHEN LLP
    Brian C. Rocca (SBN 221576)
2   brian.rocca@bingham.com
    Sujal J. Shah (SBN 215230)
3   sujal.shah@bingham.com
    Three Embarcadero Center
4   San Francisco, CA  94111-4067
    Telephone:  415.393.2000
5   Facsimile:  415.393.2286

6   WILLIAMS & CONNOLLY LLP
    John E. Schmidtlein (163520)
7   jschmidtlein@wc.com
    725 12th St NW
8   Washington DC 20005-3901
    Telephone: 202.434.5901
9   Facsimile: 202.434.5029

10  Attorneys for Defendant
    Google Inc.

11

                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN JOSE DIVISION
14

15

16  GARY FEITELSON, a Kentucky resident, and          No. 5:14-cv-02007 BLF
    DANIEL MCKEE, an Iowa resident, on behalf
    of themselves and all others similarly situated,   **STIPULATION AND [PROPOSED]**
17                                                      **ORDER TO SET A BRIEFING**
                                                        **SCHEDULE RE GOOGLE INC.'S**
18          Plaintiffs,                                 **RESPONSE TO THE COMPLAINT**
                                                        **AND TO CONTINUE CASE**
19      v.                                              **MANAGEMENT CONFERENCE**
                                                        **(LOCAL RULE 6-2)**
20  GOOGLE INC., a Delaware corporation,

21          Defendant.                                  Judge:    Hon. Beth Labson Freeman
                                                        Dept.     Courtroom 3, 5th Floor
22

23

24

25

26

27

28
                                                              CASE NO. 5:14-CV-02007 BLF
    STIPULATION AND [PROPOSED] ORDER TO SET A BRIEFING SCHEDULE RE GOOGLE INC.'S
    RESPONSE TO THE COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE
                              (LOCAL RULE 6-2)

A/76181740.1

1    Plaintiffs Gary Feitelson and Daniel McKee on behalf of themselves and all others

2  similarly situated ("Plaintiffs") and Defendant Google Inc. ("Google") (together, "the Parties")

3  jointly submit this Stipulation and Proposed Order to set a briefing schedule in connection with

4  Google's forthcoming response to the Complaint, and to continue the Case Management

5  Conference presently scheduled for July 31, 2014.

6    WHEREAS Plaintiffs filed a Complaint against Google on May 1, 2014.  *See* Dkt. 1.

7    WHEREAS a Case Management Conference is presently scheduled for July 31, 2014.

8  *See* Dkt. 7.

9    WHEREAS Google was served with the Complaint on May 5, 2014.  *See* Dkt. 13.

10    WHEREAS Google intends to move to dismiss the Complaint pursuant to Federal Rule

11  of Civil Procedure 12(b)(6), which is presently due on May 27, 2014.

12    WHEREAS there have been no previous time modifications in this case.

13    WHEREAS the Parties have met and conferred and have reached an agreement on a

14  proposed briefing schedule and date for the Case Management Conference.

15    NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate to,

16  and ask the Court to approve, the following:

17    1.    Google shall file its motion to dismiss on or before July 11, 2014.

18    2.    Plaintiffs shall file an opposition to Google's motion to dismiss on or before

19  August 11, 2014.

20    3.    Google shall file a reply in support of its motion to dismiss on or before

21  September 2, 2014.

22    4.    Google shall notice the hearing on the motion to dismiss for October 2, 2014 at

23  9:00 a.m.

24    5.    In the interest of efficiency, the Case Management Conference currently

25  scheduled on July 31, 2014 at 1:30 p.m. shall be continued until October 30, 2014 at 1:30 p.m.

26  //

27  //

28
                        1              CASE NO. 5:14-CV-02007 BLF
STIPULATION AND [PROPOSED] ORDER TO SET A BRIEFING SCHEDULE RE GOOGLE INC.'S
RESPOND TO THE COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE
(LOCAL RULE 6-2)

A/76181740.1

1        IT IS SO STIPULATED.

2    DATED:  May 20, 2014

3

4                                                        BINGHAM MCCUTCHEN LLP

5

6                                                        By:    /s/ Brian C. Rocca
                                                              Brian C. Rocca
7                                                             brian.rocca@bingham.com
                                                              Attorneys for Defendant
8                                                             Google Inc.

9    DATED:  May 20, 2014

10

11                                                       HAGENS BERMAN SOBOL SHAPIRO LLP

12

13                                                       By:    /s/ Steve W. Berman
                                                              Steve W. Berman
14                                                            steve@hbsslaw.com
                                                              Attorneys for Plaintiffs
15                                                           Gary Feitelson et al.

16       PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18   DATED:  May ___, 2014

19

20

21                                                        _____
                                                              Hon. Beth Labson Freeman
                                                              United States District Judge
22

23

24

25

26

27

28
                                                    2                      CASE NO. 5:14-CV-02007 BLF
     STIPULATION AND [PROPOSED] ORDER TO SET A BRIEFING SCHEDULE RE GOOGLE INC.'S
     RESPOND TO THE COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE
                                            (LOCAL RULE 6-2)
A/76181740.1

1

**ATTESTATION**

2    I, Brian C. Rocca, am a partner at Bingham McCutchen LLP and am counsel for Google

3  Inc. in this matter.  I am the registered ECF user whose username and password are being used to

4  file this Stipulation and [Proposed] Order.  In compliance with Civil L.R. 5-1(i)(3), I hereby

5  attest that the above-identified counsel concurred in this filing.

6

7  DATED:  May 20, 2014

8

9                                        BINGHAM MCCUTCHEN LLP

10

11                                        By:     /s/ Brian C. Rocca
                                                Brian C. Rocca
12                                              brian.rocca@bingham.com
                                                Attorneys for Defendant
13                                              Google Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO SET A BRIEFING SCHEDULE RE GOOGLE INC.'S
RESPOND TO THE COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE
(LOCAL RULE 6-2)

A/76181740.1