UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY FEITELSON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE INC.,<br><br>        Defendant. | Case No. 14-cv-02007-BLF<br><br>**ORDER GRANTING APPLICATIONS FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>[RE: ECF Nos. 20, 21, 22] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The applications to appear *pro hac vice* of Benjamin M. Stoll, James H. Weingarten, and Jonathan B. Pitt are hereby granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by each attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the applications will constitute notice to the party.

**IT IS SO ORDERED.**

Dated: May 28, 2014

_____
BETH LABSON FREEMAN
United States District Judge