UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY FEITELSON, et al.,<br><br>                 Plaintiffs,<br><br>        v.<br><br>GOOGLE INC.,<br><br>                 Defendant. | Case No.  14-cv-02007-BLF<br><br>**ORDER GRANTING-IN-PART AND DENYING-IN-PART PARTIES' STIPULATION RE SCHEDULING; TERMINATING MOTION TO DISMISS AS MOOT**<br><br>[Re: ECF 28, 32] |

The Court is in receipt of the parties' "Stipulation to Set Briefing Schedule and Page Limits re Google Inc.'s Response to First Amended Complaint and To Continue Case Management Conference," filed August 7, 2014.  (ECF 32)  Pursuant to stipulation, the deadline for Defendant to respond to the First Amended Complaint, the briefing schedule on Defendant's anticipated motion to dismiss, and the parties' requested continuance of the Initial Case Management Conference are adopted as follows:

| | |
|---|---|
| Defendant's Motion to Dismiss | On or before September 19, 2014 |
| Plaintiffs' Opposition to Motion to Dismiss | On or before October 17, 2014 |
| Defendant's Reply to Motion to Dismiss | On or before November 7, 2014 |
| Hearing on Motion to Dismiss | November 20, 2014 at 9:00 a.m. (Defendant shall reserve and notice this hearing date in accordance with this Court's standing order) |
| Initial Case Management Conference | December 11, 2014 at 1:30 p.m. in Courtroom 3, 5th Floor, San Jose |

The parties' stipulation to extend the briefing page limits is DENIED without prejudice.

1     The parties shall comply with the page limits set forth in the Civil Local Rules. To the extent

2     additional pages are needed, the parties may seek administrative relief pursuant to Civil Local

3     Rule 7-11. Any request for additional pages must clearly articulate the reason why such additional

4     briefing is necessary.

5         Defendant's Motion to Dismiss filed July 11, 2014, (ECF 28), is hereby terminated as

6     moot.

7

8         **IT IS SO ORDERED.**

9     Dated: August 11, 2014

10

11     BETH LABSON FREEMAN
        United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2