Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Gary Feitelson et al. )
                            ) Case No: 5:14-cv-02007
         Plaintiff(s), )
                            ) **APPLICATION FOR**
    v.                       ) **ADMISSION OF ATTORNEY**
                            ) **PRO HAC VICE**
Google Inc. ) (CIVIL LOCAL RULE 11-3)
         Defendant(s). )

    I, Simon Bahne Paris, an active member in good standing of the bar of the State of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Jeff. D. Friedman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Saltz Mongeluzzi Barrett & Bendesky, P.C. | Hagens Berman Sobol Shapiro LLP |
| 1650 Market St. 52nd Fl. Philadelphia, PA 19103 | 715 Hearst Ave, Ste 202, Berkeley, CA 94710 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (215) 496-8282 | (510) 725-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sparis@smbb.com | jefff@hbsslaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 04982-1996.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/15/14                               Simon Bahne Paris
                                                                        APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Simon Bahne Paris is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 16, 2014

                                           UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE