BINGHAM MCCUTCHEN LLP
Brian C. Rocca (SBN 221576)
 brian.rocca@bingham.com
Sujal J. Shah (SBN 215230)
Susan J. Welch (SBN 232620)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

BINGHAM MCCUTCHEN LLP
Hill B. Wellford (*pro hac vice*)
 hill.wellford@bingham.com
Jon R. Roellke (*pro hac vice*)
Gregory F. Wells (SBN 212419)
2020 K Street NW
Washington, D.C. 20006
Telephone: 202.373.6000
Facsimile:  202.373.6001

WILLIAMS & CONNOLLY LLP
John E. Schmidtlein (SBN 163520)
 jschmidtlein@wc.com
Jonathan B. Pitt (*pro hac vice*)
James H. Weingarten (*pro hac vice*)
Benjamin M. Stoll (*pro hac vice*)
725 12th St NW
Washington DC 20005-3901
Telephone: 202.434.5901
Facsimile: 202.434.5029

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY FEITELSON, a Kentucky resident, and DANIEL MCKEE, an Iowa resident, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | No. 5:14-cv-02007 BLF<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON GOOGLE INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT AND CASE MANAGEMENT CONFERENCE (LOCAL RULE 6-2)**<br><br>Judge:   Hon. Beth Labson Freeman<br>Dept.    Courtroom 3, 5th Floor |

1    Plaintiffs Gary Feitelson and Daniel McKee on behalf of themselves and all others
2    similarly situated ("Plaintiffs") and Defendant Google Inc. ("Google") (together, "the Parties")
3    jointly submit this Stipulation and Proposed Order to continue the hearing on Google's Motion to
4    Dismiss Plaintiffs' First Amended Class Action Complaint and the subsequent Case
5    Management Conference, presently scheduled for November 19, 2014 and December 11, 2014,
6    respectively.
7    WHEREAS, on August 11, 2014, the Court ordered that the hearing on Google's motion
8    to dismiss Plaintiffs' First Amended Complaint would take place on November 20, 2014, and the
9    Initial Case Management Conference would take place on December 11, 2014.  *See* Dkt. 33;
10   WHEREAS, on October 28, 2014, the Court ordered that the hearing on Google's motion
11   to dismiss be rescheduled from November 20, 2014 to November 19, 2014.  *See* Dkt. 40;
12   WHEREAS lead trial counsel for Google has a trial that conflicts with the presently
13   scheduled date of the hearing on Google's motion to dismiss;
14   WHEREAS Google has not previously requested a change of date for the hearing on its
15   motion to dismiss;
16   WHEREAS Google has requested a change of dates for the hearing and Case
17   Management Conference to accommodate its counsel's schedule, the Parties have met and
18   conferred, and reached agreement on an alternative hearing schedule, and also an alternative date
19   for the Case Management Conference.
20   NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate to,
21   and ask the Court to approve, the following:
22   1.   The hearing on Google's motion to dismiss shall be continued to December 18,
23   2014 at 9:00 a.m.
24   2.   The Case Management Conference scheduled on December 11, 2014 at 1:30 p.m.
25   shall be continued until January 22, 2015 at 1:30 p.m.
26
27   IT IS SO STIPULATED.
28

DATED: November 11, 2014

BINGHAM MCCUTCHEN LLP

By:    /s/ Brian C. Rocca
      Brian C. Rocca
      brian.rocca@bingham.com
      Attorneys for Defendant
      Google Inc.

DATED: November 11, 2014

HAGENS BERMAN SOBOL SHAPIRO LLP

By:    /s/ Robert F. Lopez
      Steve W. Berman (*pro hac vice*)
      Robert F. Lopez (*pro hac vice*)
      steve@hbsslaw.com
      robl@hbsslaw.com
      Attorneys for Plaintiffs
      Gary Feitelson et al.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 12, 2014

_____
Hon. Beth Labson Freeman
United States District Judge