| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Brian C. Rocca (SBN 221576)<br>  brian.rocca@morganlewis.com<br>Sujal J. Shah (SBN 215230)<br>Susan J. Welch (SBN 232620)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Hill B. Wellford (*pro hac vice*)<br>  hill.wellford@morganlewis.com<br>Jon R. Roellke (*pro hac vice*)<br>Gregory F. Wells (SBN 212419)<br>2020 K Street NW<br>Washington, D.C. 20006<br>Telephone: 202.373.6000<br>Facsimile: 202.373.6001 | WILLIAMS & CONNOLLY LLP<br>John E. Schmidtlein (SBN 163520)<br>  jschmidtlein@wc.com<br>Jonathan B. Pitt (*pro hac vice*)<br>James H. Weingarten (*pro hac vice*)<br>Benjamin M. Stoll (*pro hac vice*)<br>725 12th St NW<br>Washington DC 20005-3901<br>Telephone: 202.434.5901<br>Facsimile: 202.434.5029 |

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY FEITELSON, a Kentucky resident, and DANIEL MCKEE, an Iowa resident, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>    Defendant. | No. 5:14-cv-02007 BLF<br><br>**DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE STATEMENT OF RECENT DECISION (LOCAL RULES 7-11 and 7-3(d))**<br><br>Judge:    Hon. Beth Labson Freeman<br>Dept.    Courtroom 3, 5th Floor |

| | |
|---|---|
| 1 | On December 18, 2014, the Court heard oral argument on Defendant Google Inc.'s |
| 2 | motion to dismiss (Dkt. No. 38) and the motion is still pending before the Court.  After the date |
| 3 | of oral argument, on January 15, 2015, the Ninth Circuit issued an opinion in *City of San Jose et* |
| 4 | *al. v. Office of the Com'r of Baseball*, Appeal No. 14-15139, which may be relevant to the |
| 5 | pending motion. |
| 6 | Pursuant to Local Rule 7-11, Defendant Google Inc. requests permission to file the |
| 7 | attached Statement of Recent Decision.  *See* Ex. A (Statement of Recent Decision).  This |
| 8 | administrative motion is necessary because Local Rule 7-3(d) requires "prior Court approval" for |
| 9 | a party to submit a Statement of Recent Decision after the hearing date. |
| 10 | In accordance with Local Rule 7-11, attached as Exhibit B is a stipulation stating that |
| 11 | counsel for Plaintiffs, without agreeing that the recent decision adds anything new to the law |
| 12 | already briefed to the Court, does not object to Google Inc.'s  administrative request. |
| 13 | Google Inc. therefore requests that the Court enter the attached proposed order, which |
| 14 | approves Google Inc.'s filing of a Statement of Recent Decision. |

DATED: January 22, 2015

By: /s/ *Brian C. Rocca*

MORGAN LEWIS & BOCKIUS LLP
Brian C. Rocca
brian.rocca@morganlewis.com

WILLIAMS & CONNOLLY LLP
John E. Schmidtlein
jschmidtlein@wc.com

Attorneys for Google Inc.

1                    CASE NO. 5:14-CV-02007 BLF
DEFENDANT GOOGLE INC.'S REQUEST FOR APPROVAL TO FILE
STATEMENT OF RECENT DECISION (LOCAL RULES 7-11 AND 7-3(d))