MORGAN, LEWIS & BOCKIUS LLP
Brian C. Rocca (SBN 221576)
 brian.rocca@morganlewis.com
Sujal J. Shah (SBN 215230)
Susan J. Welch (SBN 232620)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

MORGAN, LEWIS & BOCKIUS LLP
Hill B. Wellford (*pro hac vice*)
 hill.wellford@morganlewis.com
Jon R. Roellke (*pro hac vice*)
Gregory F. Wells (SBN 212419)
2020 K Street NW
Washington, D.C. 20006
Telephone: 202.373.6000
Facsimile:  202.373.6001

WILLIAMS & CONNOLLY LLP
John E. Schmidtlein (SBN 163520)
 jschmidtlein@wc.com
Jonathan B. Pitt (*pro hac vice*)
James H. Weingarten (*pro hac vice*)
Benjamin M. Stoll (*pro hac vice*)
725 12th St NW
Washington DC 20005
Telephone: 202.434.5000
Facsimile: 202.434.5029

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY FEITELSON, a Kentucky resident, and DANIEL MCKEE, an Iowa resident, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | No. 5:14-cv-02007 BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE STATEMENT OF RECENT DECISION**<br><br>Judge:   Hon. Beth Labson Freeman<br>Dept.    Courtroom 3, 5th Floor |

**[PROPOSED] ORDER**

The Court, having considered Defendant Google Inc.'s Administrative Motion to File Statement of Recent Decision, including the supporting Stipulation, hereby orders as follows:

1. Google's Administrative Motion is granted.
2. The Statement of Recent Decision, attached as Exhibit A to Google's Administrative Motion, shall be deemed submitted.

IT IS SO ORDERED.

DATED: January 23, 2015

_____
Hon. Beth Labson Freeman
United States District Judge